1    J. Andrew Coombs (SBN 123881)
     Nicole L. Drey (SBN 250235)
2    J. Andrew Coombs, A Prof. Corp.
     517 East Wilson Avenue, Suite 202
3    Glendale, California 91206
     Telephone: (818) 500-3200 **E-FILING**
4    Facsimile: (818) 500-3201

5    andy@coombspc.com
     nicole@coombspc.com
6
     Attorneys for Plaintiff
7    Adobe Systems Incorporated **ADR**

8
9                         UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11   Adobe Systems Incorporated,              )   Case No. **C08    04043**
                                              )
12                     Plaintiff,             )   NOTICE OF INTERESTED
                                              )   PARTIES                **EMC**
           v.                                 )
13                                            )
     Steve Johnson a/k/a John Brown and Does 1 –  )   CIVIL LOCAL RULE 3-16(c)(1)
14   10, inclusive,                           )
                                              )
15                     Defendants.            )
     _____)

16
            Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than
17
     the named parties, there is no such interest to report.
18

19
     Dated: August 21, 2008              J. Andrew Coombs, A Professional Corp.
20

21                                       By: _____
                                              J. Andrew Coombs
22                                            Nicole L. Drey
                                              Attorney for Plaintiff Adobe Systems Incorporated
23

24

25

26

27

28