1  J. Andrew Coombs (SBN 123881)
   Nicole L. Drey (SBN 250235)
2  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
3  Glendale, California 91206
   Telephone: (818) 500-3200
4  Facsimile:  (818) 500-3201

5  andy@coombspc.com
   nicole@coombspc.com
6
   Attorneys for Plaintiff
7  Adobe Systems Incorporated

**FILED**

2008 AUG 25 P 1: 23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

ADR

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

Adobe Systems Incorporated,

    Plaintiff,

v.

Steve Johnson a/k/a John Brown and Does 1 – 10, inclusive,

    Defendants.

Case No. C 08 04043 EMC

PLAINTIFF'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

**REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 21, 2008

J. Andrew Coombs, A Professional Corp.

By: /s/ Nicole L. Drey
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

ORIGINAL