**E-Filed 3/2/09**

1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Nicole L. Drey (SBN 250235)
   nicole@coombspc.com
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Attorneys for Plaintiff Adobe
   Systems Incorporated
7
   Vishruta Patel a/k/a Vishu Patel
8  vishu817@gmail.com
   277 Oakland Avenue
9  Lansdale, Pennsylvania 19446
   Telephone: (267) 258-5645
10
   Defendant, *in pro se*
11

12                    UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

14  Adobe Systems Incorporated,              ) Case No. C08-4043 JF (RS)
                                             ) ORDER APPROVING
15              Plaintiff,                   ) STIPULATION TO CONTINUE CASE
                                             ) MANAGEMENT CONFERENCE
16       v.                                  )
                                             )
17  Steve Johnson a/k/a John Brown, Vishruta Patel )
    a/k/a Vishu Patel, and Does 2 – 10, inclusive, )
18                                           )
                                             )
19              Defendants.                  )

20       PLAINTIFF Adobe Systems Incorporated ("Plaintiff"), by and through its counsel of

21  record, Nicole L. Drey, of J. Andrew Coombs, A P.C., and Defendant Vishruta Patel a/k/a Vishu

22  Patel ("Defendant"), *in pro se*, hereby stipulate and request as follows:

23       WHEREAS the Court set the Scheduling Conference in the above-captioned matter for

24  March 13, 2009, at 10:30 a.m.;

25       WHEREAS Plaintiff filed its Complaint on or about August 25, 2008;

26       WHEREAS Plaintiff filed a First Amended Complaint on or about December 2, 2008;

27       WHEREAS Plaintiff served Defendant on or about December 23, 2008;

28

Adobe v. Brown, et al.: Stipulation to Cont. CMC           - 1 -

WHEREAS Defendant contacted Plaintiff's counsel on or about December 29, 2008;

WHEREAS Plaintiff and Defendant are working together to try to resolve this matter against Defendant;

NOW, THEREFORE, Plaintiff and Defendant stipulate and request that the Case Management Conference in the above captioned matter be continued until May 8, 2009, or a date thereafter acceptable to the Court.

Dated: 2/27/09

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

Dated: 2/27/08

Vishruta Patel a/k/a Vishu Patel

By: _____
Vishruta Patel a/k/a Vishu Patel
Defendant, in pro se

[PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS ORDERED.

DATED: 3/2/09

_____
Hon. Jeremy Fogel
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On February 27, 2009, I served on the interested parties in this action with the:

- STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

for the following civil action:

<u>Adobe Systems Incorporated v. Steve Johnson a/k/a John Brown, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

```
Vishruta Patel a/k/a Vishu Patel
277 Oakland Ave.
Lansdale, PA 19446
```

Place of Mailing: Glendale, California.
Executed on February 27, 2009, at Glendale, California.

_____
Nicole L. Drey